# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kathleen Bennett, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-03003-SCJ-RDC |
| v. ) | |
| ) | |
| Trans Union LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT AS TO TRANS UNION LLC

Plaintiff, Kathleen Bennett, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Trans Union LLC ("Trans Union"). Plaintiff and Trans Union anticipate needing approximately 90 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Trans Union. Accordingly, Plaintiff respectfully submits that this obviates the need for Trans Union to file an Answer or make any other Court required filings prior to dismissal.[1]

---

[1] If, however, the settlement is not concluded within the next 90 days, Plaintiff will timely notify the Court.

1

Respectfully submitted this 12th day of October, 2020.

**BERRY & ASSOCIATES**

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*Plaintiff's Attorney*

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Trans Union, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Michael Merar
Quilling, Selander, Lownds, Winslett & Moser, PC
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024

                                                **BERRY & ASSOCIATES**

                                                */s/ Joseph L. Erkenbrack*
                                                Joseph L. Erkenbrack
                                                Georgia Bar No.: 801728
                                                JErkenbrack@mattberry.com

                                                *Plaintiff's Attorney*